# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Levi Lockwood,<br><br>    Plaintiff,<br><br>v.<br><br>R&M Towing LLC,<br><br>    Defendant. | NO. CV-19-04812-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed September 24, 2020, this action is dismissed with prejudice, each party to bear it's own attorneys' fees, costs and expenses except as expressly provided in the Settlement Agreement.

    Debra D. Lucas
    District Court Executive/Clerk of Court

September 24, 2020

       s/ L. Dixon
By   Deputy Clerk